PATRICK J. WHELTON & another *vs.* JOHN G. TOMPSON & another.

Suffolk.   November 14. — 27, 1876.   AMES & DEVENS, JJ., absent

The declaration in an action of contract alleged that the plaintiff made an oral con-
tract with the defendant, in which the defendant agreed to do certain work " to
the satisfaction of the plaintiff." *Held,* that such averment must be proved before
recovery could be had for breach of the contract.

CONTRACT.  The declaration alleged that the parties made
an oral contract in which the defendants agreed to do certain
work " to the satisfaction of the plaintiffs," and that the de-
fendants wholly failed to perform the same.   Answer, a general
denial.   Trial in the Superior Court, before *Brigham*, C. J., who
allowed the following bill of exceptions :

" The defendants requested the court to instruct the jury that
the plaintiffs, having set out a special contract, one element of
which was that the work was to be done to the satisfaction of
the plaintiffs, it was necessary that such averment should be
proved before recovery could be had for breach of that contract.
The instructions given by the court were not excepted to by
the defendants.   The instruction asked for and refused was not
given, either in form or substance.   The verdict was for the
plaintiffs, and the defendants alleged exceptions to the refusal of
the court to give the instruction asked for."

*D. F. Fitz & J. H. Sherburne,* for the defendants.

*P. A. Collins,* for the plaintiffs.

BY THE COURT.  The ruling requested should have been
given.   As stated in the bill of exceptions, it did not relate to
the proof of a breach, but to the proof of the terms of the con-
tract declared on.   If one of the terms alleged was not proved,
there was a variance, and the plaintiffs could not recover under
their declaration.                              *Exceptions sustained.*